FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
CLERK


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00677-BNB

COMMUNICATIONS LAW ENFORCEMENT ASSISTANT [C.A.L.E.A.] VERNON R. KITTLES #40292-004,

Plaintiff,

v.

SPECIAL INVESTIGATIVE AGENT [S.I.A.] JOSEPH WASHINGTON,
F.B.I. SPECIAL AGENT STROMILE SWIFT,
HARLEY G. LAPPIN,
WARDEN WILEY,
OPERATIONS WARDEN JONES,
FOOD SERVICE ADM. MR. JONES,
RELIGOUS [sic] SERVICE ADM. MERRILL,
CAPTAIN CHURCH, and
S.I.A. DIANNA J. KRIST,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Vernon Kittles, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Bureau of Prisons, Administrative Maximum (ADX), in Florence, Colorado. He initiated this action by submitting to the Court *pro se* a Prisoner Complaint. The Court reviewed the complaint and determined it was deficient. Therefore, in an order filed on April 3, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Kittles to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 3, 2008, order pointed out that Mr. Kittles failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that the names in the caption to the Prisoner Complaint did not match the names in the text of the complaint. The order warned Mr. Kittles that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On April 11, 2008, Mr. Smith submitted on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, he has failed within the time allowed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing or to submit an amended Prisoner Complaint in which the names match in the caption and in the text.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The April 3, 2008, order and the Court's form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit a copy of a six-month trust fund account statement certified by the appropriate ADX prison official, Mr. Kittles has failed to cure all the deficiencies listed in the April 3 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 21 day of May, 2008.

BY THE COURT:

*signature*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00677-BNB

Vernon Kittles
Reg. No. 40292-004
ADX - Florence
PO Box 8500
Florence, CO 81226-8500

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/22/08

                                                        GREGORY C. LANGHAM, CLERK

                    By: _____
                                         Deputy Clerk